42 A.3d 156

IN THE MATTER OF ISADORE H. MAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 021531985).

May 10, 2012.

**ORDER**

**ISADORE H. MAY** of **MARGATE,** who was admitted to the bar of this State in 1985, having pleaded guilty in the United States District Court for the District of New Jersey to a one-count Information charging him with Sherman Act Conspiracy in violation of 15 *U.S.C.* § 1, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ISADORE H. MAY** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ISADORE H. MAY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ISADORE H. MAY** comply with *Rule* 1:20–20 dealing with suspended attorneys.